# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LANCE ALBERTSON, <br><br> Plaintiff/Relator, <br><br> v. <br><br> AGENDIA, INC., <br><br> Defendant. | **Civil Action No.** <br> **3:21-cv-46-TCB** |

## UNOPPOSED MOTION TO TRANSFER VENUE TO
## THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

Relator Lance Albertson respectfully requests that the Court transfer this False Claims Act case to the Eastern District of Tennessee, Knoxville Division. Relator has conferred with counsel for the United States. The United States consents to Relator's request to transfer venue. Defendant Agendia, Inc. has not yet been served. Accordingly, there is no opposition to this motion.

Relator filed this sealed False Claims Act case against defendant Agendia, Inc. on March 30, 2021 in the U.S. District Court for the Northern District of Georgia. The U.S. Attorney's Office for the Northern District of Georgia declined to intervene in this case on December 6, 2022. The Court granted Relator's First

Motion to Extend Time for service (Doc. 20), and ordered that the deadline for service of process upon defendant Agendia, Inc. by the Relator shall be September 12, 2023. (Doc. 21).

As stated in Relator's First Unopposed Motion to Extend Time for Service, Realtor's counsel have become aware of another similar sealed False Claims Act case pending in the U.S. District Court for the Eastern District of Tennessee, Knoxville Division. Relator makes this unopposed motion to transfer venue to that District and Division.

The Court has authority to transfer this case. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a) (emphasis added).

This case could have been filed in the Knoxville Division of the Eastern District of Tennessee. The False Claims Act has a broad venue provision providing that venue is proper "in any judicial district in which the defendant . . . can be found, resides, transacts business, or in which any act proscribed by [the False Claims Act] occurred." 31 U.S.C. § 3732(a). On information and belief, Agendia has transacted business and committed False Claims Act violations in the

Knoxville Division of the Eastern District of Tennessee. As a result, Relator could have filed this lawsuit in that District and Division.

Additionally, Relator and the United States of America, which is the real party in interest in False Claims Act cases such as this one, both consent to this transfer. Defendant Agendia, Inc. has not yet been served, and therefore there is no opposition to this motion.

## CONCLUSION

Relator requests that the Court enter an Order transferring Relator's case to the Eastern District of Tennessee, Knoxville Division.

A proposed Order Transferring Venue is attached hereto as Exhibit A.

Respectfully submitted this 1st day of August, 2023.

                BUTLER PRATHER LLP

                BY: */s/ Ramsey B. Prather*
                      RAMSEY B. PRATHER
                        Ramsey@butlerprather.com
                        Georgia Bar No. 658395
                      CAROLINE W. SCHLEY
                        Georgia Bar No. 511349
                      105 13th Street
                      Columbus, GA 31901
                      Phone: (706) 322-1990
                      Fax: (706) 323-2962

                BAYUK PRATT

                BY: */s/ Bradley W. Pratt*
                      BRADLEY W. PRATT
                        Bradley@prattclay.com

3

Georgia Bar No. 586672  
4401 Northside Parkway NW  
Suite 390  
Atlanta, GA  30327  
Phone: (404) 500-2669  

*Counsel for Plaintiff/Relator*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

BY: */s/ Ramsey B. Prather*
　　RAMSEY B. PRATHER
　　Ramsey@butlerprather.com
　　Georgia Bar No. 658395
105 13th Street
Columbus, GA 31901
Phone: (706) 322-1990
Fax: (706) 323-2962

# CERTIFICATE OF SERVICE

This is to certify that this 1st day of August, 2023, Relator's Unopposed Motion To Transfer Venue to the Eastern District Of Tennessee Knoxville Division was filed with the Clerk of the Court and served on the following via email or U.S. Mail:

| | |
|---|---|
| Neeli Ben-David, AUSA<br>United States Attorney's Office<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta, GA 30303-3309<br>Neeli.Ben-David@usdoj.gov | Merrick B. Garland<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |

This 1st day of August, 2023.

BUTLER PRATHER LLP

BY: */s/ Ramsey B. Prather*
RAMSEY B. PRATHER
Ramsey@butlerprather.com
Georgia Bar No. 658395
CAROLINE W. SCHLEY
Georgia Bar No. 511349
105 13th Street
Columbus, GA 31901
Phone: (706) 322-1990
Fax: (706) 323-2962

*Counsel for Plaintiff/Relator*