UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LANCE ALBERTSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:23-CV-289 ) |
| AGENDIA INC., | ) ) ) |
| Defendant. | ) |

## LIMITED NOTICE OF APPEARANCE

The undersigned counsel for the United States hereby make an appearance in this case at this time for the limited purpose of notifying the Court and counsel for Relator that the United States Attorney's Office for the Eastern District of Tennessee is monitoring this case and requests, pursuant to 31 U.S.C. § 3730(c)(3), that all pleadings, notices, and orders filed or entered in this case be served on the United States through undersigned counsel at the address indicated below.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: s/ *Alan G. McGonigal*
Alan G. McGonigal, West Virginia Bar No. 6075
Alexandra Ortiz Hadley, BPR #036892
Assistant United States Attorneys
800 Market St., Suite 211
Knoxville, TN 37902
(865) 225-545-4167
Alan.McGonigal@usdoj.gov
Alexa.Hadley@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a true and correct copy of the foregoing *Limited Notice of Appearance* was served via email and/or mailed first class, postage paid to the following:

Bradley W. Pratt
Bayuk Pratt
4401 Northside Parkway, NW, Suite 390
Atlanta, GA 30327
bradley@bayukpratt.com

Ramsey B. Prather
Butler Prather LLP
105 13th Street
Columbus, GA 31901
ramsey@butlerprather.com

s/ *Alan G. McGonigal*
Alan G. McGonigal
Assistant United States Attorney