UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



**FILED**

AUG 17 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America ex rel, Lance Albertson

    Plaintiff,

v.

Agendia, Inc.

    Defendant.

Case No. 3:23-cv-00289

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Lance Albertson, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Georgia

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08.16.23

*Caroline W. Schley*
(Signature–hand signed)

Name: Caroline Schley
Firm: Butler Prather LLP
Address:

    105 13th Street, P.O. Box 2766, Columbus, GA 31902

Email address: caroline@butlerprather.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that CAROLINE SCHLEY, Bar No. 511349

was duly admitted to practice in this Court on

November 10, 2021, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on August 4, 2023.



| David W. Bunt | s/ Gail G. Sellers |
| CLERK | DEPUTY CLERK |

 

# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Aug 17, 2023 2:22PM

Butler Prather, LLP
PO Box 2766
Columbus, GA 31902

Rcpt. No: 300002263    Trans. Date: Aug 17, 2023 2:22PM    Cashier ID: #JR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE323BB000001 /001<br>CLERK US DISTRICT COURT | 2 | 90.00 | 180.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #10925 | 08/16/2023 | $180.00 |

Total Due Prior to Payment: $180.00
Total Tendered: $180.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Ramsey Prather Caroline Schley 3:23-cv-289

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.