

FILED

AUG 18 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America ex rel. Lance Albertson

        Plaintiff,

v.

Agendia, Inc.

        Defendant.

Case No. **3:23cv-0289**

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Lance Albertson**        ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑     I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Georgia, Florida, Mississippi

☑     **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐     An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 11, 2023

_____
(Signature–hand signed)

Name: Bradley W. Pratt

Firm: Bayuk Pratt, LLC

Address:

    4401 Northside Parkway, Suite 390, Atlanta, GA 30327

Email address: bradley@bayukpratt.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that BRADLEY W. PRATT, Bar No. 586672

was duly admitted to practice in this Court on

February 14, 2005, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on August 11, 2023.



David W. Bunt
CLERK

s/ Gail G. Sellers
DEPUTY CLERK



**BAYUK PRATT**

BATTLE TESTED TRIAL LAWYERS

August 14, 2023

<u>*Via United States Mail*</u>

Clerk of Court for the Eastern District of Tennessee
Attn: Attorney Admissions
800 Market Street
Suite 130
Knoxville, TN 37902

> **RE:** **Motion for Pro Hac Vice Admission – Bradley Pratt**
> **United States of America ex rel. Lance Albertson v. Agendia, Inc.**
> **CAFN: 3:23-cv-0289**

To whom it may concern:

Please find enclosed the executed Motion for Pro Hac Vice Admission for attorney Bradley Pratt, along with a Certificate of Good Standing from the Middle District of Georgia and a check in the amount of $90.00 for the required filing fee.

If you required any additional information please don't hesitate to contact me by phone or email below

Sincerely,

Very Truly Yours,

James E. Leeson
Paralegal
james@bayukpratt.com

Enclosures



# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Aug 18, 2023 12:36PM

Bayuk Pratt LLC
4401 Northside Parkway NW
Suite 390
Atlanta, GA 30327

| Rcpt. No: 300002266 | | Trans. Date: Aug 18, 2023 12:36PM | | | Cashier ID: #AB |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DTNE323BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 90.00 | 90.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #5542 | 08/14/2023 | $90.00 |
| | | | Total Due Prior to Payment: | $90.00 |
| | | | Total Tendered: | $90.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: phv fee for Bradley Pratt in 3:23cv289

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



**BAYUK PRATT**

BATTLE TESTED TRIAL LAWYERS

4401 Northside Parkway
Suite 390
Atlanta, GA 30327



ATLANTA METRO 301

16 AUG 2023PM 7 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 30327
02 7H
0006110694      AUG 14 2023

$ 000.63⁰

RECEIVED
AUG 1 8 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Clerk of Court for the Eastern District of Tennessee
Attn: Attorney Admissions
800 Market Street
Suite 130
Knoxville, Tennessee 37902

37902-230330